FILED
2005 Jun-13 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO WILSON, )<br>)<br>Plaintiff, )<br>) | |
| v. )<br>) | **CIVIL ACTION NUMBER:** |
| MOMENTUM TELECOM, INC., )<br>) | |
| Defendant. )<br>) | |

## COMPLAINT

COMES NOW the Plaintiff and for his complaint against the Defendant hereby states:

## PARTIES

1.    Plaintiff Antonio Wilson ("Wilson") is an African-American citizen of the United States and a resident of the Northern District of Alabama.

2.    Defendant Momentum Telecom, Inc. ("Momentum") is an Alabama Corporation with its principal place of business in Birmingham, Alabama. As all times relevant hereto, the defendant maintained and operated a business in Alabama. The defendant is engaged in an industry affecting interstate commerce, has had fifteen (15) or more employees at all time relevant hereto and is an employer within the meaning of 42 U.S.C. § 2000e (b), (g), and (h).

## JURISDICTION

3.    The jurisdiction of this court is invoked pursuant to 28 U.S.C. §§1331, 1343(k) and 28 U.S.C. §§ 2201 and 2202.  This is a suit authorized and instituted pursuant to the Civil Rights Act of 1866, as amended, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended by the Civil Rights Act of 1991.  The jurisdiction of this court is invoked to secure protection for and to redress the deprivation of rights secured by this Acts, providing injunctive and other relief against discrimination in employment.

4.    The plaintiff, Antonio Wilson, has fulfilled all conditions precedent to the institution of this action under Title VII.  Specifically, plaintiff timely filed his Charge of Discrimination with the Equal Employment Opportunity Commission within 180 days of the last discriminatory act, and he has filed suit within 90 days of receipt of his Notice of Right to Sue.

## STATEMENT OF PLAINTIFF'S CLAIMS

5.    The preceding paragraphs of the Complaint are hereby incorporated by reference herein.

6.    In March of 2003, Mr. Wilson began working with defendant as an Independent Sales Representative.

7.    In December of 2003, Mr. Wilson became aware that a vacancy existed for the position of Vice President of Sales with defendant.

8.    Plaintiff applied for the Vice President of Sales position.

9.    Plaintiff interviewed for the position with the President of Momentum, Alan Creighton, on two separate occasions.

10.    Plaintiff was qualified for the Vice President of Sales position.

11.    Despite his qualifications, plaintiff was not hired for the Vice President of Sales position with defendant.

12.    Defendant hired a person outside plaintiff's protected class to fill the position of Vice President of Sales.

13.    Defendant hired a Caucasian male as Vice President of Sales.

14.    The defendant discriminated against the plaintiff in violation of the Civil Rights Act of 1866, as amended, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*, as amended by the Civil Rights Act of 1991 in failing to hire plaintiff as a consequence of his race, African-American.

15.    As a result of defendant's actions as described herein, the plaintiff has suffered lost pay, mental anguish and other damages.

16.    The plaintiff has no adequate or complete remedy at law to redress the wrongs alleged herein, and this suit for back pay, front pay, compensatory damages, including damages for mental anguish, punitive damages, injunctive relief and declaratory relief is his only means of receiving adequate relief.  The

3

plaintiff is now suffering and will continue to suffer irreparable injury from the defendant's unlawful practice unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that the Court assume jurisdiction of this action and award here the following relief:

a)    Grant the plaintiff a permanent injunction enjoining the defendant, its agents, successors, employees, attorneys and those acting in concert with the defendant or at the defendant's request from violating the Civil Rights Act of 1866, as amended, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended by the Civil Rights Act of 1991;

b)    Grant the plaintiff an order requiring the defendant to make him whole by granting appropriate declaratory relief, back pay, front pay, compensatory damages (including damages for mental anguish), punitive damages, interest, attorneys' fees, expenses and costs; and

c)    The plaintiff prays for such other, further, different or additional relief and benefits as justice may require.

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

4

_____

David R. Donaldson (DON 010)
J. Dawn Stith (STI 017)
DONALDSON & GUIN, LLC
2 North 20th Street, Suite 1100
DavidD@dglawfirm.com
Birmingham, Alabama 35203
Telephone:  (205) 226-2282
Facsimile:   (205) 226-2357

**PLAINTIFF'S ADDRESS:**

Antonio Wilson
c/o Donaldson & Guin LLC
2 North 20th Street, Suite 1100
Birmingham, Alabama 35203
Telephone:  (205) 226-2282
Facsimile:   (205) 226-2357

**PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL AT:**

Momentum Telecom, Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

5