FILED
2007 Jan-03 PM 06:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO WILSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| **v.** | ) | **2:05-cv-01277-JHH** |
| | ) | |
| **MOMENTUM TELECOM, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

## PLAINTIFF'S ITEMIZED LIST OF DAMAGES AND
## EQUITABLE RELIEF CLAIMED OR SOUGHT

COMES NOW plaintiff Antonio Wilson and pursuant to this Court's Pretrial Order entered on December 21, 2006, hereby submits the following itemized list of all damages and equitable relief being claimed or sought:

A.    As of the date of this filing, Backpay related to Vice President of Sales Salary from 2004 through 2006 totaling approximately $182,199;

|  | | |
|---|---|---|
| i. | Year 2004 - Actual Gross Income | $18,091 |
| | Vice President of Sales Salary | $100,000 |
| | Backpay Due | <u>$81,909</u> |
| | | |
| ii. | Year 2005 - Actual Gross Income | $49,710 |
| | Vice President of Sales Salary | $100,000 |
| | Backpay Due | <u>$50,290</u> |

|  |  |  |
|---|---|---|
| iii. | Year 2006 - Estimated Gross Income (Plaintiff has not filed his 2006 tax returns, therefore; this figure is an estimate of his yearly earnings) | $50,000 |
|  | Vice President of Sales Salary | $100,000 |
|  | Estimated Backpay Due | $50,000 |

B.   Interest on Backpay of Salary at 6%: $10,932;

C.   Loss of Fringe Benefits: Life Insurance ($100,000 Life; $200,000 AD&D); Loss of Health Insurance (Blue Cross Blue Shield); Loss of Stock Options;

D.   Maximum compensatory damages allowed under 42 U.S.C.A. § 1981a, including but not limited to emotional distress, mental anguish, humiliation, embarrassment, emotional pain and suffering, inconvenience and future pecuniary loss and other nonpecuniary losses;

E.   Maximum punitive damages allowed under 42 U.S.C.A. § 1981a;

F.   Enjoin Defendant Momentum Telecom, Inc. from engaging in racially discriminatory hiring practices;

G.   Reasonable Attorneys' Fees;

H.   Costs, including expert fees;

Plaintiff reserves the right to amend and/or supplement his damages sought or claimed based on the evidence presented during the trial of this case.

Respectfully submitted,


s/Dawn Stith Evans
Dawn Stith Evans
ASB-7111-I56J
One of the Attorneys for Plaintiff
DONALDSON & GUIN LLC
20th Street North, Suite 1000
Birmingham, Alabama 35203
Telephone:  (205) 226-2282
Facsimile:   (205) 226-2357
Email:  dstith@dglawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing *Plaintiff's Itemized List of Damages and Equitable Relief Claimed or Sought* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

P. Thomas Dazzio, Jr.
**FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING**
3800 Colonnade Parkway, Suite 650
Birmingham, Alabama  35243
Email:  tdazzio@friedmanleak.com


s/Dawn Stith Evans
Dawn Stith Evans
Attorney for Plaintiff
**DONALDSON & GUIN, LLC**
505 20th Street North, Suite 1000
Birmingham, Alabama   35203
Email:  dstith@dglawfirm.com

3